Entered on Docket
June 07, 2010

_____
Hon. Mike K. Nakagawa
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

U.S. Bank, National Association
10-70173

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-30319-mkn |
| | Date: 4/21/2010 |
| Linor Ng Briley | Time: 1:30 |
| | Chapter 13 |
| Debtors | |

### INTERIM ORDER RE: MOTION FOR RELIEF OF AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pending confirmation of the Chapter 13 Plan submitted by the Debtor, the Trustee assigned to this case will disburse payments to Secured Creditor holding the Note dated 7/7/2003 12:00:00 AM secured by same date Deed of Trust of

the subject property, generally described as 7916 Martingale Lane, Las Vegas, NV 89123, and legally described as follows:

> Lot 5 in Block 10 of Wishing Well Ranch Unit No. 4, as shown by map thereof on file in Book 15 of Plats, Page 12 in the Office of the County Recorder of Clark County, Nevada. Together with that portion of road which was vacated by Order Of Vacation recorded July 24, 1992 in Book 920724 as Document No. 00830 of Official Records.

The Post Petition Default is as follows:

```
4 Monthly Payments(s) at $1,724.31    $6,897.24
(January 1, 2010 - April 1, 2010)
4 Late Charge(s) at $72.80    $291.20
(January 1, 2010 - April 1, 2010)
Property Inspections    $40.00
Corporate Advance    $300.00
Motion for Relief Filing Fee    $150.00
Attorneys Fees    $750.00
Total    $8,428.44
```

IT IS SO ORDERED.

Submitted by:

WILDE & ASSOCIATES
By: /s/Gregory L. Wilde, Esq
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall
By [signature] 5-21-10

Rick A. Yarnall
Chapter 13 Trustee
701 Bridger Avenue #820
Las Vegas, NV 89101

David Krieger
By [signature]

David Krieger
Attorney for Debtors
1020 Garces Ave.
Las Vegas, NV 89101

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
- \_\_\_\_ The court waived the requirements of LR 9021.
- \_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
- \_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
- \_x\_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
- \_X\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
- \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
- \_\_\_\_ appeared at the hearing, waived the right to review the order
- \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
- \_X\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
- \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
- \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
- \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document
- \_\_\_\_ appeared at the hearing, waived the right to review the order
- \_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
- \_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order
- \_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor